**No. _____**

---

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

---

In re ATTORNEYS PETER TICKTIN and STEFANIE LAMBERT,
*Petitioners,*

---

ON PETITION FOR A WRIT OF MANDAMUS TO THE UNITED STATES DISTRICT
COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

Relates to Case No.: CV 2:23-09430-SVW,
HON. STEPHEN V. WILSON

---

**PETITION FOR A WRIT OF MANDAMUS
TO THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
AND
MOTION FOR STAY PENDING CONSIDERATION OF PETITION**

---

Submitted by,

THE TICKTIN LAW GROUP
Roger I. Roots, Esquire
Counsel for Petitioners
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Phone: (561) 232-2222
Email: Serv512@legalbrains.com

**PETITIONERS' MOTION FOR STAY OF PROCEEDINGS PENDING DISPOSITION OF PETITIONER'S MOTION FOR A WRIT OF MANDAMUS OR APPEAL**

1. On July 29, 2025, and August 5, 2025, the District Court issued separate orders disqualifying Petitioners and refusing to let them appear pro hac vice on behalf of Defendant, Dr. Byrne, in the underlying case.

2. The denial of a litigant's counsel of choice raises significant constitutional concerns warranting scrutiny and review.

3. Dr. Byrne has filed herewith a petition for a writ of mandamus seeking this Court's intervention in the District Court proceedings and reversal of its decision to disqualify Petitioners from appearing on behalf of Dr. Byrne.

4. Petitioners therefore seek a stay of the District Court proceedings so that Dr. Byrne may be afforded full consideration of his request that his counsel of choice be allowed to appear and practice before the District Court.

WHEREFORE, undersigned moves this Court to enter an Order for a Stay of Proceedings in the District Court pending review of the Petition for a Writ of Mandamus being filed herewith.

Respectfully submitted,

*/s/ Roger I. Roots*
Roger I. Roots, Esquire
The Ticktin Law Group
Counsel for Petitioners
270 SW Natura Ave.
Deerfield Beach, FL 33441
Phone: (561) 232-2222
Serv512@legalbrains.com

Date: September 15, 2025

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service has been accomplished via e-mail and/or third-party commercial carrier to all counsel of record and to the District Court Judge.

Respectfully submitted,

*/s/ Roger I. Roots*
Roger I. Roots, Esquire
Counsel for Petitioners