**FILED**

SEP 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: PETER TICKTIN; STEFANIE LAMBERT.

_____

PETER TICKTIN; STEFANIE LAMBERT,

    Petitioners,

 v.

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES,

    Respondent,

ROBERT HUNTER BIDEN; PATRICK M. BYRNE,

    Real Parties in Interest.

No. 25-5811

D.C. No. 2:23-cv-09430-SVW-PD
Central District of California, Los Angeles

ORDER

Before: R. NELSON, SUNG, and H.A. THOMAS, Circuit Judges.

Petitioners have not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

Petitioners' motion for a stay (Docket Entry No. 1) is denied as moot.

**DENIED.**