**Record No. 25-5811**

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

In re ATTORNEYS for Patrick Byrne PETER TICKTIN and STEFANIE LAMBERT,
*Petitioners,*

ON PETITION FOR A WRIT OF CERTIORARI TO THE U.S. SUPREME COURT, to the DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
Relates to Case No.: CV 2:23-09430-SVW,
HON. STEPHEN V. WILSON

**MOTION FOR STAY PENDING APPEAL TO
TO THE UNITED STATES SUPREME COURT**

Roger Roots, Esquire, admitted
Peter Ticktin, Esquire, on the brief
THE TICKTIN LAW GROUP
Counsel for Petitioners
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Phone: (561) 232-2222
Email: RRoots@legalbrains.com
   Serv512@legalbrains.com

# PETITIONERS' MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL TO U.S. SUPREME COURT

1. Petitioners contemporaneously file their Notice of Appeal to the U.S. Supreme Court, and also request here a stay pending that appeal.

2. On September 29, 2025, attorneys for Robert Hunter Biden appeared in the U.S. District Court for the Central District of California, seeking an *ex parte* bench warrant for the arrest of Patrick Byrne.

3. This is a civil case for defamation, brought by Plaintiff Robert Hunter Biden. In other words, as the Complainant, it was Biden's burden and challenge to serve the Defendant with Notice and Service of Process in the first instance to begin the lawsuit. If Biden did not know how to serve Byrne, then this civil case would never have gotten started by service of process. The attempt to use contempt to force Byrne to bear Biden's burden to serve him after Biden removed Byrne's attorneys is abusive and conducted in bad faith.

4. Now, Biden's attorneys want to have Byrne arrested to provide a telephone number and address for his lawyer, and Byrne's plans for how Biden can sue him at trial, even though Biden's attorneys caused the problem by asking for Byrne's attorneys to be removed from the case.

ii

5. Unlike common procedure (whether planned or accidental) where former attorneys remain on the ECF distribution list of most if not all District Courts, the Central District of California deleted all of Byrne's prior attorneys from the distribution list.

6. As a result, none of the filings by Biden's attorneys since August 5, 2025, have been served upon the Defendant Byrne or any of his representatives or former attorneys.

7. As a result, none of the Court's orders since August 5, 2025, have been served upon the Defendant Byrne or any of his representatives or former attorneys.

8. On July 29, 2025, and August 5, 2025, at the request of Hunter Biden's attorneys, the District Court issued separate orders disqualifying Petitioners and refusing to let them appear pro hac vice on behalf of Defendant, Dr. Byrne, in the underlying case.

9. Attorney Peter Ticktin, however, was officially admitted *pro hac vice* and then removed by the Court upon the request of Biden's attorneys. And yet, as a former attorney, however briefly, the Court has not sent any of the filings or Court orders to Peter Ticktin, to Patrick Byrne, or any of Byrne's former attorneys.

10. By complete accident, Byrne's former attorney Tom Lu was in the courthouse on September 29, 2025, and saw one of Hunter Biden's attorneys enter

iii

Judge Wilson's courtroom. Out of curiosity, he followed her in to the public and open courtroom, and discovered that Biden was seeking the arrest of Byrne.

11. The reason in this civil case for this request is that Biden caused all of Byrne's attorneys to be removed (local counsel was not prepared to try the case without the *pro hac vice* and therefore withdrew as not being able to provide adequate representation that was planned to be delivered by Peter Ticktin and Stefanie Lambert, and then the Court issued orders in status hearings <u>without serving Byrne either with notice of the hearings or notice of its orders.</u>

12. Apparently the orders involve the fact that Byrne doesn't have a lawyer, after the Court removed his lawyers at Biden's request.

13. The denial of a litigant's counsel of choice raises significant constitutional concerns warranting scrutiny and review.

14. Dr. Byrne has filed herewith a petition for a writ of certiorari seeking this Court's intervention in the District Court proceedings and reversal of its decision to disqualify Petitioners from appearing on behalf of Dr. Byrne.

15. Petitioners therefore seek a stay of the District Court proceedings so that Dr. Byrne may be afforded full consideration of his request that his counsel of choice be allowed to appear and practice before the District Court.

WHEREFORE, undersigned moves this Court to enter an Order for a Stay of Proceedings in the District Court pending review of the Petition for a Writ of certiorari being filed herewith.

Respectfully submitted,

_____/s/    Roger Roots_____
Roger Roots, Esquire, admitted
Peter Ticktin, Esquire, on the brief
THE TICKTIN LAW GROUP
Counsel for Petitioners
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Phone: (561) 232-2222
Email: RRoots@legalbrains.com
 Serv512@legalbrains.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(a)(7)(C), I hereby certify that this brief complies with the type-volume limitation because it contains 681 words, excluding the parts exempted by Fed. R. App. P. 32(a)(7)(B)(iii) and Cir. R. 32(a)(1). I further certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typeface style requirements of Fed. R. App. P. 32(a)(6) because the brief was prepared in 14-point Times New Roman font using Microsoft Word.

Dated: September 30, 2025                    Respectfully submitted,

v

          */s/   Roger Roots*
Roger Roots, Esquire, admitted
Peter Ticktin, Esquire, on the brief
THE TICKTIN LAW GROUP
Counsel for Petitioners

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2025, electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service has been accomplished via e-mail and/or third-party commercial carrier to all counsel of record and to the District Court Judge.

          Respectfully submitted,
          */s/   Roger Roots*
Roger Roots, Esquire, admitted
Peter Ticktin, Esquire, on the brief
THE TICKTIN LAW GROUP
Counsel for Petitioners

vi