| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | OCT 2 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

IN RE PETER TICKTIN; STEFANIE LAMBERT.

_____

PETER TICKTIN; STEFANIE LAMBERT,

        Petitioners,

 v.

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES,

        Respondent,

ROBERT HUNTER BIDEN; PATRICK M. BYRNE,

        Real Parties in Interest.

No. 25-5811

D.C. No. 2:23-cv-09430-SVW-PD
Central District of California, Los Angeles

ORDER

Before: R. NELSON, SUNG, and H.A. THOMAS, Circuit Judges.

    The motion (Docket Entry No. 6) for a stay of district court proceedings is denied.

    No further filings will be entertained in this closed case.